FILED
2014 Feb-24  PM 02:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS REED,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.  2:13-CV-2252-SLB |
| ) | |
| **SELECT RESOURCE GROUP, LLC;** ) | |
| **and DOES 1 through 10, inclusive,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court has been advised by counsel that this case has settled.  Therefore, it is

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the case upon good cause shown within sixty (60) days, or to submit a stipulated form of final judgment within sixty (60) days.

DONE this 24th day of February, 2014.


_____
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE